FILED

APR 2 5 2005

# United States District Court

**WESTERN** DISTRICT OF **TEXAS**

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

UNITED STATES OF AMERICA

V.

*Francisco Quinones*

## WAIVER OF PRELIMINARY EXAMINATION OR HEARING
### (Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: *P-01-CR-154*

I, _____*Francisco Quinones*_____, charged in a (complaint) (petition)

pending in this District with _____

in violation of Title _____, U.S.C., _____,

and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

_____
*Defendant*

_____
*Date*

_____
*Counsel for Defendant*

22