UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

FILED

MAY 1 0 2005

CI---, U.S. DISTRICT COURT
------N DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | |
| | § | Criminal No. P-01-CR-104 (01)  RAJ |
| FRANCISCO QUINONES | § | |

### ORDER REVOKING SUPERVISED RELEASE and RESENTENCING OF DEFENDANT

On this the 5th day of May, 2005, came on to be heard the Government's Motion for Revocation of Supervised Release granted by virtue of Judgment entered on September 6, 2001, in the above numbered and styled cause.

Defendant appeared in person and was represented by attorney of record, Wayne Frost. The United States was represented by Assistant United States Attorney, John Klassen.

After reviewing the motion and the records in this case as well as hearing testimony and arguments of counsel, the Court is of the opinion that said Defendant has violated the provisions of his supervised release and that the ends of justice and the best interests of the public and of the Defendant will not be subserved by continuing said Defendant upon Supervised Release.  Further, the Court is of the opinion that the Motion for Revocation of Supervised Release should be, and it is hereby **GRANTED.**

**IT IS THEREFORE ORDERED** that the term of Supervised Release of Defendant named above granted by Judgment entered on September 6, 2001, be, and it is hereby **REVOKED and SET ASIDE** and the Defendant is resentenced as follows:

The Defendant, **FRANCISCO QUINONES** , is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **Three (3) months.**

A term of **Twenty-seven (27)** months supervised release is imposed, with the following special conditions to be observed, as well as the original conditions of Supervised Release.

1)  The defendant shall abstain from the use of alcohol and/or all other intoxicants during the term of supervision.

2)  The defendant shall not be permitted to reside any place where firearms are possessed or stored.

3)  The defendant shall participate in a substance abuse treatment program which may include urinalysis testing as directed by the probation office.  The defendant may be required to contribute to the costs of services rendered (co-payment) in an amount to be determined by the probation officer, based on the defendant's ability to pay.

29

**4) The defendant shall attend and participate in a program of Alcoholics Anonymous during the term of supervision.**

The Clerk will provide the United States Marshal Service with three (3)certified copies of this Order and three (3) certified copies of the Judgment entered on September 6, 2001, to serve as the commitment of the Defendant.

SIGNED this ____9____ day of May, 2005.

Robert Junell
United States District Judge